## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUNIUS BAUGH                              :   CIVIL ACTION
                                          :
                    v.                    :
                                          :   NO.   15-14
CVS HEALTH et al                          :

## ORDER

AND NOW, this 7th day of May 2015, upon consideration of Plaintiff's Motion for Protective Order (ECF Doc. No. 25), Defendants' Response (ECF Doc. No. 28), and following yesterday evening's Telephone Conference, It is **ORDERED**:

1.      Plaintiff's Motion is **DENIED** consistent with our May 5, 2015 Order (ECF Doc. No. 24);

2.      On or before **Noon on May 12, 2015**, Defendants shall specifically identify the documents produced by bates number responsive to Plaintiff's document requests Nos. 16, 18, 19 and fully answer interrogatory No. 12 or produce a privilege log of any documents withheld on these requests describing the withheld document and specific factual and legal basis for a privilege assertion.

3.      Paragraph 3 of this Court's March 9, 2015 Order (ECF Doc. No. 21) is **amended** such that the motions are due no later than May 26, 2015 and Responses are due no later than June 10, 2015. All other obligations of this Court's March 9, 2015 Order remain in effect.

_____
KEARNEY, J.